The People of the State of Illinois, defendant in error, v. Charles Ball, plaintiff in error. Gen. No. 7,827.

Prosecution for violation of Prohibition Act. Verdict of guilty and sentence upon judgment. Error to the City Court of Litchfield; the Hon. Harry C. Stuttle, Judge, presiding. Heard in this court at the April term, 1925. Reversed. Opinion filed October 27, 1925.

L. E. Stone, for plaintiff in error. No appearance for defendant in error.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

---

Thomasville Chair Company, appellant, v. Scoville Company, appellee. Gen. No. 7,841.

Judgment for appellee affirmed for want of bill of exceptions. Appeal from the Circuit Court of Macon county; the Hon. James S. Baldwin, Judge, presiding. Heard in this court at the April term, 1925. Affirmed. Opinion filed October 27, 1925.

D. C. Corley, for appellant. Redmon & Redmon, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

---

Joseph L. Lyons, appellant, v. The Pleasure Driveway and Park District of Springfield, Illinois, and The John T. Walbridge Engineering Company, appellees. Gen. No. 7,844.

Action for injury by alleged attractive nuisance. Judgment for defendant. Appeal from the Circuit Court of Sangamon county; the Hon. Elbert S. Smith, Judge, presiding. Heard in this court at the April term, 1925. Reversed and remanded. Opinion filed October 27, 1925. Rehearing denied December 16, 1925.

T. J. Condon and Robert H. Patton, for appellant. Johnson & Pefferle, T. W. Hoopes and B. L. Catron, for appellees.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

---

George A. Kizer, appellant, v. Victory Insurance Company of Philadelphia, appellee. Gen. No. 7,850.

Action on automobile fire insurance policy. Judgment for defendant. Appeal from the Circuit Court of Coles county; the Hon. John H. Marshall, Judge, presiding. Heard in this court at the April term, 1925. Affirmed. Opinion filed October 27, 1925. Certiorari denied by Supreme Court (making opinion final).

Vause & Kiger, for appellant. Bates, Hicks & Folonie and Craig & Craig, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

---

Sterling Midland Coal Company, appellant, v. Chicago-Williamsville Coal Company et al., appellees. Gen. No. 7,853.

Bill against corporation and its directors based upon judgment by plaintiff against the corporation. Appeal from order granting temporary injunction against enforcement of judgment. Appeal from the Circuit Court of Sangamon county; the Hon. Elbert S. Smith, Judge, presiding. Heard in this court at the April term, 1925. Reversed. Opinion filed October 27, 1925.

Andrus, Trutter & Crow, for appellant. A. M. Fitzgerald and H. C. Moore, for appellees.

Mr. Presiding Justice Niehaus delivered the opinion of the court.